**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHERYL BENSON                                                                                    PLAINTIFF

v.                                    CASE NO. 3:10CV00331 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 28th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE